**Electronically Filed
Intermediate Court of Appeals
29588
18-MAY-2011
09:18 AM**

NO. 29588

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

S.P.P. No. 06-1-0002(3)
WILLIAM WENDELL RAMSEY, JR., Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee,
and
S.P.P. No. 08-1-0014(3)
WILLIAM W. RAMSEY, JR., Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee,
and
S.P.P. No. 08-1-0017(3)
WILLIAM W. RAMSEY, JR., Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

ORDER OF CORRECTION
(By: Foley, Presiding J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on May 5, 2011 in the above case is corrected by changing on page 4, second paragraph, first line, the year after the date of "December 17" from "2010" to "2008."

---

[1] Foley, Presiding J., Leonard and Reifurth, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, May 18, 2011.

FOR THE COURT:

Presiding Judge